UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

RICKY WILLIAMS, on behalf of himself
and all others similarly situated,

                             Plaintiff,

          -against-

PLANET HOLLYWOOD (BROADWAY)
LLC d/b/a BUCA DI BEPPO,

                             Defendant.

------------------------------------------------------------x

Civ. No.: 1:17-cv-04878 (RWS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: .
DATE FILED: 5/15/18

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

       IT IS HEREBY STIPULATED AND AGREED, by and between by and between Plaintiff Ricky Williams (herein "Plaintiff"), and Defendant Planet Hollywood (Broadway) LLC d/b/a Bucà di Beppo (herein "Defendant"), through their undersigned attorneys who state that they have been authorized to enter into this Stipulation, that the Parties have agreed to amicably resolve any and all claims by Plaintiff against Defendant in this action, including claims under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq., and have authorized their undersigned counsel to stipulate, consent and agree to dismiss the instant action with prejudice to Plaintiff. No attorneys' fees or costs will be awarded to any party by the Court, except as provided in the Parties' Negotiated Settlement Agreement. The terms of the Parties' Negotiated Settlement Agreement have been presented for review and approval by the Court.

Dated: 4/13, 2018

*ATTORNEYS FOR PLAINTIFF:*

By: _____
Justin S. Clark
Levine & Blit, PLLC
350 Fifth Avenue, Suite 3601
New York, NY 10118
Tele. (212) 967-3000

ATTORNEYS FOR DEFENDANT

Dated: 4/13, 2018    By: _____

Jonathan M. Kozak
Jackson Lewis P.C.
44 South Broadway, 14th Floor
White Plains, New York 10601
Tele. (914) 872-8060

The Court hereby approves the settlement and dismissal of the instant action with prejudice.

SO ORDERED this 15 day of May, 2018

_____
Honorable Robert W. Sweet
United States District Judge